UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JTH TAX, LLC,

    Plaintiff,

v.                                          Case No: 8:22-cv-625-CEH-AEP

STEPHEN A. GILBERT and G-QTS, INC.,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on September 12, 2022 (Doc. 92).  In the Report and Recommendation, Magistrate Judge Porcelli recommends that: (1) Plaintiff's Motion to Strike Defendants' Amended Counterclaims (Doc. 75) be granted; and (2) The Court direct Defendants to file an amended pleading in compliance with the Court's Endorsed Order (Doc. 69).  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 92) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion to Strike Defendants' Amended Counterclaims (Doc. 75) is GRANTED.

(3) Defendants are directed to file an amended pleading in compliance with the Court's Endorsed Order at docket entry 69. The amended pleading shall be filed on or before October 17, 2022.

**DONE AND ORDERED** at Tampa, Florida on October 3, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record